UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | Criminal No. 4:20-CR-446 |
| v. | § | |
| | § | **KEITH P. ELLISON** |
| YAVONNE HAND and | § | Judge |
| NIKESHA DIXON | § | |
| Defendants. | § | **Arturo Rivera** |
| | § | Case Manager |
| | § | |
| | § | **JURY TRIAL** |
| | § | Proceeding |

**PRELIMINARY EXHIBIT LIST OF THE UNITED STATES OF AMERICA**

The United States, by and through the undersigned counsel, discloses its preliminary exhibit list in the above-captioned case. The United States reserves the right to amend this list as it continues to prepare for trial and based on proceedings and rulings in the case.

| No. | Description | Offr. | Obj. | Date Admit | Date N/Adm. |
|---|---|---|---|---|---|
| | **Medicare Data and Information** | | | | |
| 1. | Medicare Claims Data January 2016 to December 2017 | | | | |
| 2. | Medicare Claims Data January 2018 to December 2018 | | | | |
| 3. | Medicare Claims Data January 2019 to January 2020 | | | | |
| 4. | Combined Medicare Claims Data | | | | |
| 5. | Web ADR 855B With EFT (January 30, 2018) | | | | |
| 6. | Electronic Fund Transfer Agreement Bank of America (March 17, 2018) | | | | |
| 7. | Novitas Approval Letter for Neighborhood Empowerment and Transformation (dated March 20, 2018) | | | | |
| 8. | Novitas Approval Letter for Neighborhood Empowerment and Transformation (dated June 11, 2019) | | | | |

1

| | | | | | |
|---|---|---|---|---|---|
| 9. | Electronic Data Interchange (March 27, 2018) | | | | |
| 10. | Reassignment of Benefits by Dr. Thompson to NEAT | | | | |
| 11. | Letter Approving Dr. Thompson Reassignment of Benefits | | | | |
| 12. | Novitas Solutions Correspondence and Telephone Tracking Comments for NEAT | | | | |
| 13. | Education Email from Novitas CERT Team to Yavonne Hand (October 19, 2018) | | | | |
| 14. | Education Email from Novitas CERT Team to Yavonne Hand (October 22, 2018) | | | | |
| 15. | Education Email from Novitas CERT Team to Yavonne Hand (December 3, 2018) | | | | |
| 16. | Education Email from Novitas CERT Team to Yavonne Hand (December 18, 2018) | | | | |
| 17. | Education Email from Novitas CERT Team to Nikesha Dixon (December 28, 2018) | | | | |
| 18. | Education Email from Novitas CERT Team to Yavonne Hand (December 31, 2018) | | | | |
| 19. | Education Email from Novitas CERT Team to Germya Heart (January 3, 2019) | | | | |
| 20. | Novitas CERT Team Medical Records Review for NEAT | | | | |
| **Bank Records** | | | | | |
| 21. | Signature Card for Bank of America Account *8535 | | | | |
| 22. | Statements for Bank of America Account *8535 | | | | |
| 23. | Signature Card for JP Morgan Chase Account *1657 | | | | |
| 24. | Statements for JP Morgan Chase *1657 | | | | |
| **Search Warrant Documents** | | | | | |
| 25. | Patient Sign-In Binder | | | | |
| 26. | Progress Notes Binder | | | | |
| 27. | Pink Binder with Long Term Patient List and Billing 101 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 28. | Terrie Emmitt Composition Notebook of Stories | | | | |
| **Summary Exhibits** | | | | | |
| 29. | Summary of Count 2 – Charles Bourgeois | | | | |
| 30. | Summary of Count 3 – Josephine Govan | | | | |
| 31. | Summary of Count 4 – Kershalyn Kemp | | | | |
| 32. | Summary of Count 5 – Gillie Rehman | | | | |
| 33. | Summary of Count 6 – Jessie Chase | | | | |
| 34. | Summary of Count 7 – Louis Vitton purchase | | | | |
| 35. | Summary of Count 8 – Chanel purchase | | | | |
| 36. | Summary of Count 9 – Hotel ZaZa purchase | | | | |
| 37. | Summary of Count 10 – Marquee Las Vegas purchase | | | | |
| 38. | Summary of Count 11 – Gucci store purchase | | | | |
| 39. | Summary of Count 12 – Jaguar purchase | | | | |
| 40. | Summary of NEAT Bank Deposits | | | | |
| 41. | Summary of NEAT Bank Withdrawals | | | | |
| 42. | Summary of NEAT Claims Data | | | | |
| **Photos** | | | | | |
| 43. | Search Photos | | | | |
| 44. | Photograph of Yavonne Hand | | | | |
| 45. | Photograph of Nikesha Dixon | | | | |
| 46. | Photograph of Marilyn Monroe-Taylor | | | | |
| 47. | Photograph of Dr. Nema Uwaydah | | | | |
| 48. | Photograph of Dr. Katherine Thompson | | | | |
| 49. | Photograph of Terrie Emmitt | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 50. | Photograph of Sylvester Nwosu | | | | |
| 51. | Photograph of Alexa Lauture | | | | |
| 52. | Photograph of Larry Dixon | | | | |
| **Patient Files** | | | | | |
| 53. | NEAT Patient Files for R.H. | | | | |
| 54. | NEAT Patient Files for Y.C. | | | | |
| 55. | NEAT Patient Files for J.G. | | | | |
| 56. | NEAT Patient Files for L.E | | | | |
| 57. | NEAT Patient files for C.B. | | | | |
| 58. | NEAT Patient Files for G.R. | | | | |
| **Phone Records** | | | | | |
| 59. | Extract from Niquia Bradley Samsung J7 of Text Messages Between Bradley, Hand, and Dixon | | | | |
| 60. | Extract from Niquia Bradley Samsung S9 of Text Messages Between Bradley, Hand, and Dixon | | | | |
| **Miscellaneous** | | | | | |
| 61. | Bradley Composition Notebook (Dior C Cover) | | | | |
| 62. | Bradley Composition Notebook (Niquia Cover) | | | | |
| 63. | Bradley Composition Notebook (Series 1 and 2 Cover) | | | | |
| 64. | Bradely Composition Notebook (New Codes Cover) | | | | |
| 65. | Bradley Composition Notebook (Series 1 & 2 New Series Cover) | | | | |
| 66. | Louis Vuitton Sales Receipt | | | | |
| 67. | Chanel Sales Receipt | | | | |
| 68. | Hotel ZaZa Sales Receipt | | | | |
| 69. | Marquee Las Vegas Sales Receipt | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 70. | Gucci Store Sales Receipt | | | | |
| 71. | Momentum Jaguar Volvo Sales Receipt and Check | | | | |
| 72. | Harris County Record of Incarceration for C.B. | | | | |
| 73. | Harris County Record of Incarceration for L.E. | | | | |
| 74. | Harris County Record of Incarceration for J.G. | | | | |
| 75. | Harris County Record of Incarceration for K.K. | | | | |
| 76. | Harris County Record of Incarceration for G.R. | | | | |

Respectfully Submitted,

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY

By:  */s/ Andrew Tamayo*
Andrew Tamayo
Justin Woodard
Trial Attorneys
U.S. Department of Justice
Criminal Division, Fraud Section
1000 Louisiana, St. 2300
Houston, Texas 77002
Thomas.Tynan@usdoj.gov
Phone: (202) 794-4211

Date:  October 15, 2021

5

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's Electronic Case File system and emailed to the Assistant Warden at Joe Corley to provide to the defendant on October 15, 2021, and mailed to the defendant at the address below on October 18, 2021.

                                        Yavonne Hand  
                                        ID #: 21235509  
                                        Joe Corley Detention Facility  
                                        500 Hilbig Road  
                                        Conroe, TX 77301

                                        /s/ Andrew Tamayo  
                                        Andrew Tamayo  
                                        Trial Attorney