United States District Court
Southern District of Texas
**ENTERED**
May 06, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| VS. | § CRIMINAL ACTION NO. 4:20-CR-00446 |
| | § |
| YAVONNE HAND | § |
| | § |
| Defendants. | § |

### REFERRAL ORDER

A Motion for Appointment of New Counsel for Defendant Yavonne Hand (DOC. #133) was filed by USA April 26, 2022. The Motion is GRANTED.

IT IS ORDERED that the appointment of counsel is REFERRED to United States Magistrate Judge Yvonne Ho.

Signed on May 5, 2022.

_____
Alfred H. Bennett
United States District Judge