# United States Court of Appeals for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
May 23, 2023
Nathan Ochsner, Clerk of Court

United States Court of Appeals
Fifth Circuit
**FILED**
May 23, 2023
Lyle W. Cayce
Clerk

No. 22-20505

UNITED STATES OF AMERICA,

*Plaintiff—Appellee,*

versus

YAVONNE HAND,

*Defendant—Appellant.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:20-CR-446-1

---

UNPUBLISHED ORDER

Before KING, JONES, and SMITH, *Circuit Judges.*

PER CURIAM:

The appellee moved to dismiss the appeal on grounds of, *inter alia*, jurisdiction and timeliness. The time has expired for the appellant to file a response or opposition. None has been filed. IT IS ORDERED that the motion to dismiss the appeal is GRANTED.

# *United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

May 23, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 22-20505    USA v. Hand
                     USDC No. 4:20-CR-446-1

Enclosed is an order entered in this case.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Rebecca L. Leto, Deputy Clerk
                        504-310-7703

Ms. Yavonne Hand
Ms. Carmen Castillo Mitchell
Mr. Nathan Ochsner
Ms. Mahogane Denea Reed
Mr. Jeremy Raymond Sanders