# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.  Case Number: 4:20−cr−00446

Yavonne Hand

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Alfred H Bennett

**PLACE:**
Courtroom 9A
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 6/21/2024

**TIME:** 02:30 PM

**TYPE OF PROCEEDING:** Status Conference

Date:   May 31, 2024

Nathan Ochsner, Clerk