UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **v.** § | 4:20-CR-446 |
| § | |
| **YAVONNE HAND** § | |

**UNOPPOSED MOTION TO APPEAR BY TELEPHONE**

TO THE HONORABLE ALFRED H. BENNETT:

The counsel of record, James Stafford, files this Unopposed Motion to Appear by Telephone, and would respectfully show unto the Court the following

I.

Yavonne Hand is charged by Superceding Indictment with Count 1: Conspiracy to Commit Wire Fraud and Health Care Fraud in violation of 18 U.S.C. § 1349; Count 2-6: Health Care Fraud in violation of 18 U.S.C. § 1347 and 2; and Count 7-12: Money Laundering in violation of 18 U.S.C. § 1957 and 2. A status conference is currently set Friday, December 13, 2024 @ 10:00 a.m.

II.

Undersigned counsel was contacted by Thomas Mattison, Ms. Hand's U.S. Department of Veteran Affairs Social Worker/Healthcare for Reentry Veterans (HCRV) Specialist. He stated that Ms. Hand is currently residing in Virginia but is receiving mental health counseling from the VA Outpatient Clinic in Conroe, Texas. Mr. Mattison also advised that their program does not have transportation or housing funding to assist Ms. Hand in returning to Houston for the December 13th status conference.

III.

Due to Ms. Hand's financial situation and to judicial economy, it is requested that the December 13th status conference be held by telephone conference to allow Ms. Hand to appear by telephone and also prevent the Government from traveling from Washington, D.C. and New Orleans, LA.

WHEREFORE, PREMISES CONSIDERED, the defense counsel prays that this Motion be granted and all allow all parties to appear by telephone.

Respectfully submitted,

/s/ James Stafford
JAMES STAFFORD
Texas State Bar No. 18996900
Federal ID No. 5289
National Cash Register Bldg
515 Caroline St.
Houston, Texas 77002
Telephone: 713-228-3600
Fax:          713-223-3933
Email:        info@staffordkeyserbromberg.com

## CERTIFICATE OF SERVICE

I, JAMES STAFFORD, hereby certify that a copy of the foregoing Motion has been forwarded to ANDREW TAMAYO, Assistant U.S. Attorneys, via the Court's electronic filing system, on this the 4th day of December, 2024.

/s/ James Stafford
JAMES STAFFORD

## CERTIFICATE OF CONFERENCE

This is to certify that the undersigned counsel has consulted with the Assistant U.S. Attorney in charge of this cause and he is unopposed to the above-requested relief.

/s/ James Stafford
JAMES STAFFORD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | 4:20-CR-446 |
| | § | |
| YAVONNE HAND | § | |

ORDER

This motion is \_\_\_\_ GRANTED/_____ DENIED.

SIGNED at Houston, Texas, on the \_\_\_day of _____, 2024.

_____
DISTRICT JUDGE ALFRED H. BENNETT