United States District Court
Southern District of Texas

**ENTERED**
December 06, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | 4:20-CR-446 |
| YAVONNE HAND | | |

ORDER

This motion is ✓ GRANTED/ ~~DENIED.~~

SIGNED at Houston, Texas, on the ___ day of 12/4/24, 2024.

_____
DISTRICT JUDGE ALFRED H. BENNETT