## United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

December 23, 2024

Ms. Cheryl Cummings
U.S. District Court
Southern District of Texas
515 Rusk Street
Houston, TX 77002

United States Courts
Southern District of Texas
FILED
*December 23, 2024*
Nathan Ochsner, Clerk of Court

No. 24-20350    USA v. Hand
                USDC No. 4:20-CR-446-1

Dear Ms. Cummings,

We have not received your acknowledgment of the purchase order for the transcript in this case. We assume the appellant has made the necessary financial arrangements for preparing the transcript. You have 30 days from the date we received the purchase order to file the transcript with the district court clerk. We will adjust this time only in the event financial arrangements are not complete.

If you do not file the transcript within the 30 day period, we will invoke a 10% discount. **If you require additional time to file the transcript, you must file a motion setting out the reasons for the extension before the discount date expires. A request for extension to file the transcript does not waive the mandatory fee reduction. You must separately request and justify your need to obtain a fee reduction waiver.**

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Angelique B. Tardie
Angelique B. Tardie, Deputy Clerk
504-310-7715

cc:
    Mr. Philip G. Gallagher
    Ms. Rosa Victoria Garcia-Cross

Ms. Carmen Castillo Mitchell
Mr. Nathan Ochsner
Mr. Jeremy Raymond Sanders