United States District Court
Southern District of Texas
**ENTERED**
January 13, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Case No. 4:20-cr-446 |
| § | |
| YAVONNE HAND, ET AL § | |
| § | |
| Defendant. | |

## ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR CONTINUNANCE OF SENTENCING HEARING

At the request of the Defendant, Nikesha Dixon, the sentencing hearing currently set for January 13, 2024 in this case is hereby reset. The new deadlines are as follows:

1. The due date for Defendant's Objections to the PSR  February 21, 2025

2. The due date for the Final PSR will be continued to  March 7, 2025

3. The sentencing hearing for Defendant Dixon will be continued to  March 13, 2025 at 9:30 AM

Signed on January 13, 2025.

_____
The Honorable Alfred Bennett
United States District Judge